UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2016-CIV-25236-MARTINEZ/GOODMAN

ANDRES GOMEZ,

    Plaintiff,

v.

BARNES & NOBLE, INC.,

    Defendant.

_____/

### **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Barnes & Noble, Inc. makes the following disclosures:

1. Defendant Barnes & Noble, Inc. is a corporation that is publicly-traded on the New York Stock Exchange as BKS.

2. There are no publicly-held corporations that own 10% or more of the stock of Barnes & Noble, Inc.

Dated: January 31, 2017.

                                              Respectfully submitted,

                                              OGLETREE, DEAKINS, NASH,
                                              SMOAK & STEWART, P.C.
                                              701 Brickell Avenue, Suite 1600
                                              Miami, Florida 33131-2813
                                              Telephone: 305.374.0506
                                              Facsimile: 305.374.0456


                                              *s/* Kelly M. Peña
                                              Kelly M. Peña
                                              Florida Bar No. 106575
                                              kelly.pena@ogletreedeakins.com

                                              *Counsel for Defendant,*
                                                 *Barnes & Noble, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            *s/* Kelly M. Peña
                                            Kelly M. Peña

**SERVICE LIST**
*ANDRES GOMEZ v. BARNES & NOBLE, INC.*
*United States District Court for the Southern District of Florida*
CASE NO. CASE NO. 2016-CIV-25236-MARTINEZ/GOODMAN

Phillip Michael Cullen, Esq.
CULLENIII@aol.com
621 S Federal Highway
Fort Lauderdale, FL 33301
Telephone: 954.462.0600
Facsimile: 954.462.1717

Thomas B. Bacon, Esq.
tbb@thomasbaconlaw.com
THOMAS B. BACON, P.A.
644 North McDonald St.
Mount Dora, FL 32757
Telephone: 954.478.7811
Facsimile: 954.237.1990

*Counsel for Plaintiff,*
  *Andres Gomez*

Method of Service: CM/ECF

Kelly M. Peña
kelly.pena@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.374.0506
Facsimile: 305.374.0456

*Counsel for Defendant,*
  *Barnes & Noble, Inc.*

28495398.1